United States Courts
Southern District of Texas
FILED

JAN 16 2025

Nathan Ochsner
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: |
| | § | |
| JOSEF ALQUAN RUTLEY | § | C-25-042 |
| AKA JOSEPH AL-QUAN RUTLEY | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 19, 2024, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSEF ALQUAN RUTLEY
AKA JOSEPH AL-QUAN RUTLEY,

did knowingly and in reckless disregard of the fact that Erika Cristina Chacon-Cardenas was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

### COUNT TWO

On or about December 19, 2024, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSEF ALQUAN RUTLEY
AKA JOSEPH AL-QUAN RUTLEY,

did knowingly and in reckless disregard of the fact that Wilson Javier Ramos-Garcia was an alien

who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT THREE

On or about December 19, 2024, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JOSEF ALQUAN RUTLEY
### AKA JOSEPH AL-QUAN RUTLEY,

did knowingly and in reckless disregard of the fact that Federico Tehuacanero-Texmaxte was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By:  *Ashley A. Pruitt*
ASHLEY A. PRUITT
Assistant United States Attorney